UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 8:12-CR-00061-AG |
| Title | United States v. Saul Millan Beltran |

Date  October 6, 2016

FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐   Lack of bail resources

☐   Refusal to interview with Pretrial Services

☐   No stable residence or employment

☐   Previous failure to appear or violations of probation, parole, or release

☐   Ties to foreign countries

☒   Allegations in petition

☒   Undocumented immigration status

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 8:12-CR-00061-AG | Date | October 6, 2016 |
|---|---|---|---|
| Title | United States v. Saul Millan Beltran | | |

B.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒   Nature of previous criminal convictions

☒   Allegations in petition

☐   Substance abuse

☐   Already in custody on state or federal offense

☒   Outstanding warrants

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.